PETER KMETO
Attorney at Law
State Bar #78827
1007 Seventh Street, Suite 201
Sacramento, CA 95814
(916)444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-S-14-00223 MCE |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING JUDGEMENT AND SENTENCING DATE |
| BRENT LEE NEWBOLD, | |
| Defendant | |

Defendant: BRENT LEE NEWBOLD, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, MICHAEL M. BECKWITH, stipulate and agree to the following:

1. The presently scheduled Judgment and Sentencing date of December 4, 2015 shall be vacated, and said Hearing be rescheduled for January 14, 2016 at 9:00 a.m..

2. The date for the filing of formal objections/corrections is extended to December 31, 2015; the date for the filing of a reply is extended to January 7, 2016; the date for the filing of a sentencing memorandum is extended to January 7, 2016.

3. The parties agree and stipulate, and request that the Court find the following:

   a.   The parties are attempting to come to an agreement as to the amount of restitution payments which have been made by the Defendant to date

1

and, thereby, arrive at a stipulated restitution figure.

        b.  The parties need to review extensive financial documents and obtain verifications of payment from various victims in this case;

        c. The parties believe that by way of this stipulation sufficient time to come to an agreement will be afforded, taking into account the exercise of due diligence.

IT IS SO STIPULATED.

Dated: November 19 , 2015    /s/ MICHAEL M. BECKWITH
                                         Assistant US Attorney
                                         for the Government

Dated: November 19, 2015     /s/ PETER KMETO
                                         Attorney for Defendant
                                         BRENT LEE NEWBOLD

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties IT IS ORDERED that the Sentencing Date for Defendant, BRENT LEE NEWBOLD is continued to January 14, 2016, as set forth above AND that the schedule for the filing of Formal Objections; Reply and Sentencing Memorandum also be changed as set forth above.

IT IS SO ORDERED.

Dated: November 30, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

2