UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-00223 JAM |
| Plaintiff, | ) | |
| | ) | **RELATED CASE ORDER** |
| v. | ) | |
| BRENT LEE NEWBOLD, | ) | |
| Defendant. | ) | |
| TD AMERITRADE CLEARING, INC., | ) | Case No. 2:23-mc-00161 MCE-KJN |
| Garnishee. | ) | |
| INVESCO INVESTMENT SERVICES, INC., | ) | Case No. 2:23-mc-00162 DAD-DB |
| Garnishee. | ) | |
| ALLY BANK, | ) | Case No. 2:23-mc-00163 MCE-KJN |
| Garnishee. | ) | |
| STANDARD RETIREMENT SERVICES, INC., | ) | Case No. 2:23-mc-00164 DJC-CKD |
| Garnishee. | ) | |
| 7-ELEVEN, INC., | ) | Case No. 2:23-mc-00165 DJC-CKD |
| Garnishee | ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) | Case No. 2:23-mc-00171 DAD-DB |
| Garnishee. | ) | |

Examination of the above-entitled actions reveals that these

actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005).  Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:23-mc-00161 MCE-KJN; 2:23-mc-00162 DAD-DB; 2:23-mc-00163 MCE-KJN; 2:23-mc-00164 DJC-CKD; 2:23-mc-00165 DJC-CKD; and 2:23-mc-00171 DAD-DB be **REASSIGNED** to Judge John A. Mendez and Magistrate Judge Kendall J. Newman for all further proceedings, and any dates currently set in the reassigned cases only are hereby **VACATED**.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as **2:23-mc-00161 JAM-KJN; 2:23-mc-00162 JAM-KJN; 2:23-mc-00163 JAM-KJN; 2:23-mc-00164 JAM-KJN; 2:23-mc-00165 JAM-KJN; and 2:23-mc-00171 JAM-KJN**.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of miscellaneous cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: May 05, 2023         /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            SENIOR UNITED STATES DISTRICT JUDGE